UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Tanesha M. Walker
       Bankruptcy No. 17-15345JKF
       Adversary No.
       Chapter        13

Date:   June 21, 2018

To:      Roger Ashodian, Esq.


## NOTICE OF INACCURATE FILING

Re:  Notice of Motion (docket #43)

The above pleading was filed in this office on **6/20/18**.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )    Debtor's name does not match case number listed
    ( )    Debtor's name and/or case number (is) are missing
    ( )    Wrong PDF document attached
    ( )    PDF document  not legible
    **(x)**    Notice of Motion/Objection--wrong courtroom listed
    ( )    Electronic Signature missing
    ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                    Timothy B. McGrath
                    Clerk


                    By: Randi Janoff
                    Deputy Clerk