# FREDERICK L. REIGLE
*Attorney at Law*
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
P.O. BOX 4010
READING, PENNSYLVANIA 19606-0410

FREDERICK L. REIGLE
POLLY A. LANGDON
ROLANDO RAMOS

(610) 779-1313
FAX (610) 779-3637

MAIL ALL PAYMENTS TO
P.O. BOX 680
MEMPHIS, TN 38101-0680

June 20, 2018

Mr. Brian A. Hudson, Sr.
Executive Director & CEO
Pennsylvania Housing Finance Agency
211 North Front Street
P. O. Box 8029
Harrisburg, PA 17105-8029

  Re: Tanesha M. Walker
    Bankruptcy No. 17-15345JKF

Dear Mr. Hudson:

  Tanesha M. Walker filed a voluntary petition under Chapter 13 of the Bankruptcy Code on August 6, 2017, under the docket number set forth above. Frederick L. Reigle, Esquire, was duly appointed as the Chapter 13 Standing Trustee in the case.

  As Staff Attorney for Mr. Reigle, I am writing to confirm that Ms. Walker has paid the Trustee $7,400.00 to date under the terms of her proposed Chapter 13 Plan, of which $6,723.40 is available at the present time (see attached Report dated June 20, 2018). Additional funds will become available as Ms. Walker makes each month's payment. The funds are available for disbursement to the Pennsylvania Housing Finance Agency, either upon confirmation of the Chapter 13 Plan, or sooner under a Court Order that Judge FitzSimon is prepared to enter, with consent of the Pennsylvania Housing Finance Agency.

  Please feel free to contact me with any questions.

              Very truly yours,

              Polly A. Langdon

cc/enc: Rebecca Solarz, Esquire and Kevin McDonald, Esquire
    Counsel for Pennsylvania Housing Finance Agency
    Roger V. Ashodian, Esquire
    Counsel for Debtor, Tanesha Walker

get case status                              logout         Chapter 13 Trustee Online Case Status System

# Frederick L. Reigle Standing Chapter 13 Trustee

### Status of Claims as of 6/20/2018
### Case # 17-15345 JKF

TANESHA M. WALKER                                                                 50 Remaining of 60 Mos.

Current Debtor Pmt: $950.00 / Monthly

Atty: ROGER V ASHODIAN ESQ

## Summary

| | | | |
|---|---|---|---|
| Filed: 8/6/2017 | Confirm Hearing: 11/30/2017 9:30 AM | Base Amount: $54,900.00 | Debtor Refunds: $0.00 |
| First Mtg: 10/13/2017 10:00:00 AM | Plan Filed: 8/28/2017 | Total Paid In: $7,400.00 | Delinq Amount: $0.00 |
| | | Balance on Hand: $6,723.40 | |

## Payment Schedule
### Debtor

| Start Date | Start | Thru | Payment | Total Pmts | Type |
|---|---|---|---|---|---|
| 9/5/2017 | 1 | 6 | $600.00 | $3,600.00 | |
| 3/5/2018 | 7 | 60 | $950.00 | $51,300.00 | |

## Payment History

| | | | | | |
|---|---|---|---|---|---|
| 6/11/2018 $950.00 | 5/8/2018 $650.00 | 5/8/2018 $1,000.00 | 4/9/2018 $600.00 | 3/6/2018 $600.00 | |
| 2/8/2018 $600.00 | 1/9/2018 $600.00 | 12/5/2017 $600.00 | 11/7/2017 $600.00 | 10/2/2017 $600.00 | |
| 9/19/2017 $600.00 | | | | | |

Show Details

## Claims

| Creditor Name | Clm Num | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FREDERICK L. REIGLE, TRUSTEE | TRS-0 | 6/11/2018 | T | 0.00% | $0.00 | 00 | $676.60 | $676.60 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Prin Bal (incl Funds on Hand) | | | ($6,723.40) |
| | | | | | | | | Base Amount | | | $47,500.00 |

## Disbursement Details

No Disbursements have been made on this case