# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **TANESHA M. WALKER,** | : | **CHAPTER 13** |
| | : | |
| Debtor | : | **BANKRUPTCY NO. 17-15345-jkf** |

## ORDER

AND NOW, this 25th day of June, 2018, upon consideration of the Debtor's Motion to Have the Trustee Disburse Funds Held by the Trustee as Adequate Protection for US Bank, National Association (Trustee for the US Bank, National Association (Trustee for the Pennsylvania Housing Finance Agency)), it is hereby **ORDERED** that the Motion is **GRANTED**. The Trustee shall disburse all funds paid by the Debtor under her Chapter 13 Plan to US Bank, National Association (Trustee for the US Bank, National Association (Trustee for the Pennsylvania Housing Finance Agency)), and shall continue to disburse the plan payment, less the Trustee's expense, on a monthly basis to US Bank, National Association (Trustee for the US Bank, National Association (Trustee for the Pennsylvania Housing Finance Agency)), as adequate protection, pending a hearing on confirmation of the Debtor's Plan. Such distribution will be subject to the Trustee's percentage fee, at 9.2%

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE