United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanesha M. Walker  
    Debtor  

Case No. 17-15345-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Jun 25, 2018  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.  
db          +Tanesha M. Walker,   117 South 63rd Street,   Philadelphia, PA 19139-2929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    US Bank, National Association Et Al... bkgroup@kmllawgroup.com  
         ROGER V. ASHODIAN    on behalf of Debtor Tanesha M. Walker ecf@schollashodian.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**TANESHA M. WALKER,**          :     CHAPTER 13
                                :
**Debtor**                      :     BANKRUPTCY NO.  17-15345-jkf

**ORDER**

AND NOW, this 25th day of June, 2018, upon consideration of the Debtor's Motion to Have the Trustee Disburse Funds Held by the Trustee as Adequate Protection for US Bank, National Association (Trustee for the US Bank, National Association (Trustee for the Pennsylvania Housing Finance Agency)), it is hereby **ORDERED** that the Motion is **GRANTED**.  The Trustee shall disburse all funds paid by the Debtor under her Chapter 13 Plan to US Bank, National Association (Trustee for the US Bank, National Association (Trustee for the Pennsylvania Housing Finance Agency)), and shall continue to disburse the plan payment, less the Trustee's expense, on a monthly basis to US Bank, National Association (Trustee for the US Bank, National Association (Trustee for the Pennsylvania Housing Finance Agency)), as adequate protection, pending a hearing on confirmation of the Debtor's Plan.  Such distribution will be subject to the Trustee's percentage fee, at 9.2%

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE