# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tanesha M. Walker<br>Debtor(s) | CHAPTER 13 |
| US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).).<br>Movant<br>vs. | NO. 17-15345 jkf |
| Tanesha M. Walker<br>Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>Trustee | |

## ORDER

AND NOW, this 28th day of June, 2018 at ~~Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead,~~ it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified ~~and annulled~~ to allow US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).). and its successor in title to proceed with the ejectment action regarding the premises 117 South Cobbs Creek Parkway A/K/A 117 South 63rd St. Philadelphia, PA 19139. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Tanesha M. Walker
117 South 63rd Street
Philadelphia, PA 19139

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532