United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15345-jkf
Tanesha M. Walker                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1         Date Rcvd: Jun 28, 2018
                       Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
db             +Tanesha M. Walker,    117 South 63rd Street,    Philadelphia, PA 19139-2929
               +KML Law Group PC,    Suite 5000-BNY Independence Ctr.,    701 Market St.,    Phila., PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    US Bank, National Association Et Al...
       bkgroup@kmllawgroup.com
      ROGER V. ASHODIAN    on behalf of Debtor Tanesha M. Walker ecf@schollashodian.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tanesha M. Walker<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).).<br>　　　　　　　Movant<br>　vs.<br>Tanesha M. Walker<br>　　　　　　　Debtor(s)<br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | NO. 17-15345 jkf<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 28th day of June, 2018 at ~~Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead~~, it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified ~~and annulled~~ to allow US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE US BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).). and its successor in title to proceed with the ejectment action regarding the premises 117 South Cobbs Creek Parkway A/K/A 117 South 63rd St. Philadelphia, PA 19139. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
cc: See attached service list　　　　　　　　　　　　　　Jean K. FitzSimon

Tanesha M. Walker
117 South 63rd Street
Philadelphia, PA 19139

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532