IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **TANESHA M. WALKER,** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 17-15345-sr |

## ORDER

**AND NOW**, this <u>14th</u> day of <u>November</u>, 2018, upon consideration of the Debtor's Motion for Expedited Consideration of Debtor's Motion Pursuant to 11 U.S.C. §364(c) for Court Approval of Financing to Repurchase Home, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1. The Motion for Expedited Consideration is **GRANTED**.

2. A hearing to consider the Motion shall be held by the Court on November <u>20th</u>, 2018, at <u>2:00 p.m.</u> XXXX (time), in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the Motion may be filed on or before <u>November 19</u>, 2018, and will be considered at the hearing.

4. The Movant shall serve the Motion (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, and all priority and secured creditors, and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than <u>November 14, 2018</u>, 2018. Close of Business.

5. Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE