IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **TANESHA M. WALKER,** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO.  17-15345-sr |

### CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before November 14, 2018, I served a copy of the Debtor's Motion Pursuant to 11 U.S.C. §364(c) for Court Approval of Financing to Repurchase Home, including Order Granting request for expedited consideration thereof, on the following parties by ECF notice and/or by first class mail, postage prepaid, as indicated below, to the following addresses:

William C. Miller, Esquire                              (ECF Notice and e-mail to Ms. Langdon)
Interim Chapter 13 Standing Trustee
ATTENTION:  Polly Langdon, Esquire
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA  19606

US Bank, National Association                      (ECF Notice and e-mail to Ms. Solarz)
(Trustee for the Pennsylvania
Housing Finance Agency)
c/o Rebecca A. Solarz, Esquire
  and Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Frederic J. Baker, Esquire                              (ECF Notice and e-mail)
Senior Assistant United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106
USTPRegion03.PH.ECF@usdoj.gov

(continued on next page)

(Service List continued)

| | |
|---|---|
| Mackenzie Fallon, Bankruptcy Representative<br>PRA Receivables Management, LLC<br>c/o Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA  23541 | (E-mail to Bankruptcy_Info@portfoliorecovery.com) |
| Ashley Boswell, Paralegal<br>DIRECTV, LLC<br>by American InfoSource LP as agent<br>4515 North Santa Fe Avenue<br>Oklahoma City, OK  73118 | (E-mail to poc_ais@americaninfosource.com) |
| Tanesha M. Walker<br>117 South 63rd Street<br>Philadelphia, PA  19139 | (E-Mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor