United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15345-jkf
Tanesha M. Walker                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Nov 14, 2018
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Tanesha M. Walker,    117 South 63rd Street,    Philadelphia, PA 19139-2929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Pennsylvania Housing Finance Agency
            bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor    US Bank, National Association Et Al...
            bkgroup@kmllawgroup.com
          ROGER V. ASHODIAN   on behalf of Debtor Tanesha M. Walker ecf@schollashodian.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **TANESHA M. WALKER,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO.  17-15345-sr** |

## ORDER

**AND NOW**, this ⎯14th⎯ day of ⎯⎯November⎯⎯, 2018, upon consideration of the Debtor's Motion for Expedited Consideration of Debtor's Motion Pursuant to 11 U.S.C. §364(c) for Court Approval of Financing to Repurchase Home, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1.      The Motion for Expedited Consideration is **GRANTED**.

2.      A hearing to consider the Motion shall be held by the Court on November  20th, 2018, at  2:00 p.m. XXXX (time), in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA  19107.

3.      Written objections or other responsive pleadings to the Motion may be filed on or before    November  19         , 2018, and will be considered at the hearing.

4.      The Movant shall serve the Motion (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, and all priority and secured creditors, and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than   November 14, 2018        , 2018. Close of Business.

5.      Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE