IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **TANESHA M. WALKER,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO.  17-15345-sr** |

### ORDER

AND NOW, this 20th day of November, 2018, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §364(c) for Court Approval of Financing to Repurchase Home, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and upon entry of this **ORDER**, and upon successful completion of the closing between US Bank, National Association, as Trustee for the Pennsylvania Housing Finance Agency, and Aura Mortgage Advisers, LLC, or any subsidiary or affiliate of Aura Mortgage Advisers, LLC, including providing any reasonably requested documents and meeting any reasonable requirements including payment of any deposits and the full purchase price, the Debtor may close on the loan with Aura Mortgage Advisors, LLC, secured by the Debtor's property located at 117 South 63rd Street, Philadelphia, PA  19139, in accordance with the terms of the Mortgage Loan Commitment dated November 1, 2018, in full satisfaction of all claims of the current record owner of such property, US Bank, National Association, as Trustee for the Pennsylvania Housing Finance Agency, provided that:

1. The title clerk shall make payment directly to US Bank, National Association, as Trustee for the Pennsylvania Housing Finance Agency, in sufficient amount to satisfy the terms of the agreement of sale between US Bank, National Association, as Trustee for the

Pennsylvania Housing Finance Agency, and Aura Mortgage Advisers, LLC, or any subsidiary or affiliate of Aura Mortgage Advisers, LLC;

2. The title clerk shall retain sufficient funds to cover any settlement costs chargeable to the Debtor;

3. The Trustee shall disburse such funds as necessary to cover any additional portion of the closing costs not covered by the new mortgage loan or Debtor's deposit from the net funds on hand from the Debtor's Chapter 13 Plan payments to the title clerk, without the need for any party to file a proof of claim, provided that Trustee may retain such funds as are necessary to satisfy all timely filed, allowed or allowable claims in the case and Trustee compensation; and

4. Finally, the title clerk shall disburse the balance of the proceeds, if any, to the Debtor, or to Aura Mortgage Advisors, LLC, or any subsidiary or affiliate of Aura Mortgage Advisers, LLC, as advance payment toward the new mortgage loan, at the direction of Aura Mortgage Advisors, LLC.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE