United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15345-jkf
Tanesha M. Walker                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1            Date Rcvd: Nov 21, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db          +Tanesha M. Walker,   117 South 63rd Street,   Philadelphia, PA 19139-2929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    US Bank, National Association Et Al...
               bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Debtor Tanesha M. Walker ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **TANESHA M. WALKER,** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO.  17-15345-sr |

### ORDER

AND NOW, this 20th day of November, 2018, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §364(c) for Court Approval of Financing to Repurchase Home, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and upon entry of this **ORDER**, and upon successful completion of the closing between US Bank, National Association, as Trustee for the Pennsylvania Housing Finance Agency, and Aura Mortgage Advisers, LLC, or any subsidiary or affiliate of Aura Mortgage Advisers, LLC, including providing any reasonably requested documents and meeting any reasonable requirements including payment of any deposits and the full purchase price, the Debtor may close on the loan with Aura Mortgage Advisors, LLC, secured by the Debtor's property located at 117 South 63rd Street, Philadelphia, PA  19139, in accordance with the terms of the Mortgage Loan Commitment dated November 1, 2018, in full satisfaction of all claims of the current record owner of such property, US Bank, National Association, as Trustee for the Pennsylvania Housing Finance Agency, provided that:

1.    The title clerk shall make payment directly to US Bank, National Association, as Trustee for the Pennsylvania Housing Finance Agency, in sufficient amount to satisfy the terms of the agreement of sale between US Bank, National Association, as Trustee for the

Pennsylvania Housing Finance Agency, and Aura Mortgage Advisers, LLC, or any subsidiary or affiliate of Aura Mortgage Advisers, LLC;

2. The title clerk shall retain sufficient funds to cover any settlement costs chargeable to the Debtor;

3. The Trustee shall disburse such funds as necessary to cover any additional portion of the closing costs not covered by the new mortgage loan or Debtor's deposit from the net funds on hand from the Debtor's Chapter 13 Plan payments to the title clerk, without the need for any party to file a proof of claim, provided that Trustee may retain such funds as are necessary to satisfy all timely filed, allowed or allowable claims in the case and Trustee compensation; and

4. Finally, the title clerk shall disburse the balance of the proceeds, if any, to the Debtor, or to Aura Mortgage Advisors, LLC, or any subsidiary or affiliate of Aura Mortgage Advisers, LLC, as advance payment toward the new mortgage loan, at the direction of Aura Mortgage Advisors, LLC.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE