United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanesha M. Walker  
    Debtor

Case No. 17-15345-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Dec 12, 2018 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db        +Tanesha M. Walker,   117 South 63rd Street,   Philadelphia, PA 19139-2929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
     POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     REBECCA ANN SOLARZ   on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ   on behalf of Creditor   US Bank, National Association Et Al... bkgroup@kmllawgroup.com
     ROGER V. ASHODIAN   on behalf of Debtor Tanesha M. Walker ecf@schollashodian.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM MILLER*R   ecfmail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tanesha M. Walker
     Debtor(s)

Chapter: 13

Bankruptcy No: 17−15345−jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 12, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                Jean K. FitzSimon
                Judge ,
                United States Bankruptcy Court